

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Joe Mark Sessums, Jr.  aka Joe Mark Sessums

No. 06-14-00014-CR          v.

The State of Texas, Appellee

Appeal from the Criminal District Court 2 of Tarrant County, Texas (Tr. Ct. No. 1287075D).    Memorandum    Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Joe Mark Sessums, Jr., aka Joe Mark Sessums, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JULY 29, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk